IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE
SEARCH OF:
5520 Northford Road
Trotwood, Ohio 45426

CASE NO. 3:18MJ170-SLO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR 27 PM 2:45

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

### ORDER SEALING APPLICATION FOR SEARCH WARRANT, SUPPORTING AFFIDAVIT, SEARCH WARRANT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application for Search Warrant, Supporting Affidavit, Search Warrant and Return for captioned matter be sealed and kept from public inspection.

3-27-18
DATE

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE